# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LIONELL JACKSON, | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-01864-JAD-NJK |
| v. | ) | **ORDER** |
| NEWTON, et al, | ) | |
| Defendants. | ) | |

The Court hereby **AMENDS** the order setting inmate early mediation conference (Docket No. 13) to reflect that **ROBERT P. SPRETNAK, ESQ.** has been appointed as the mediator in this case. Except as stated herein, the Court's previous order otherwise remains unchanged and continues to govern.

IT IS SO ORDERED.

DATED: June 30, 2017

Nancy J. Koppe
United States Magistrate Juge