# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LIONELL JACKSON, | |
| Plaintiff, | |
| v. | 2:16-cv-01864-JAD-NJK |
| NEWTON et al., | **ORDER** |
| Defendants. | (Docket No. 23) |

Pending before the Court is Plaintiff's motion for copy of complaint and summons. Docket No. 23. Plaintiff asks the Court to send him a copy of his complaint and a summons so that he can serve Defendant Cory Newton. *Id*. at 1.

On September 1, 2017, the Court issued an order requiring the Attorney General's Office to advise the Court and Plaintiff of, *inter alia*, the names of defendants for whom it accepts service and the names of defendants for whom it does not accept service and for whom it is filing the last-known-address information under seal. *Id*. at 2. For a defendant for whom service could not be accepted, the Court ordered Plaintiff to file a motion identifying the unserved defendant, and specifying the full name and address, and requesting issuance of summons. *Id*. at 3.

Plaintiff has now, in accordance with the Court's order, requested issuance of summons for Defendant Cory Newton. Docket No. 23. The Court therefore **GRANTS** Plaintiff's motion. The Court **INSTRUCTS** the Clerk's Office to send Plaintiff one USM-285 form, one copy of the complaint, and a copy of this order. Plaintiff shall have thirty days within which to furnish to the U.S. Marshal the required USM-285 form with relevant information as to Defendant Newton on each form, and shall indicate that Defendant Newton's address has been filed under seal with the Court. Docket No. 21.

Within twenty days after receiving from the U.S. Marshal a copy of the USM-285 form showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether Defendant Newton has been served. If Plaintiff wishes to have service again attempted, then a motion must be filed with the Court identifying Defendant Newton and specifying a more detailed name and/or address for Defendant, or whether some other manner of service should be attempted.

DATED: This 20th day of October 2017.

NANCY J. KOPPE
United States Magistrate Judge