# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LIONELL JACKSON, | Case No. 2:16-cv-01864-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 32) |
| NEWTON, et al., | |
| Defendant(s). | |

Before the Court is Plaintiff's motion seeking confirmation of a scheduling order. Docket No. 32. Plaintiff requests confirmation whether the Court issued a scheduling order. *Id.* The Court issued a scheduling order on December 20, 2017. Docket No. 30. The scheduling order was mailed to Plaintiff's address at 24069 Warm Springs Correctional Center, PO Box 7007 Carson City, NV 89702. However, Plaintiff submits he is unaware whether a scheduling order was issued. *Id.* Therefore, the Court **INSTRUCTS** the Clerk's Office to re-send the scheduling order at Docket No. 30 to Plaintiff's address.

IT IS SO ORDERED.

DATED: March 5, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge