# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIONELL JACKSON, | Case No. 2:16-cv-01864-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket Nos. 34, 35) |
| NEWTON, et al., | |
| Defendant(s). | |

Pending before the Court are Plaintiff's motions to clarify the scheduling order and extend discovery. Docket Nos. 34, 35. Responses shall be filed by March 15, 2018.

IT IS SO ORDERED.

DATED: March 13, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge