# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LIONELL JACKSON, | Case No. 2:16-cv-01864-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket Nos. 34, 35) |
| NEWTON, et al., | |
| Defendant(s). | |

Pending before the Court are Plaintiff's motions to clarify the scheduling order and extend discovery. Docket Nos. 34, 35. Defendant Gusavo Sanchez filed a notice of non-opposition to Plaintiff's motion to extend (Docket No. 37) and a response to Plaintiff's motion to clarify. Docket No. 38. For the following reasons, the Court **DENIES** Plaintiff's motion to clarify as moot (Docket No. 34) and **GRANTS** Plaintiff's motion to extend discovery. Docket No. 35.

On March 1, 2018, Plaintiff filed a motion seeking confirmation of a scheduling order. Docket No. 32. Plaintiff submitted that, although he had received discovery requests from Defendant, he had yet to receive the scheduling order set by the Court. *Id.* The Court granted Plaintiff's motion and instructed the Clerk's Office to send Plaintiff another copy of the scheduling order, which Plaintiff received on March 5, 2018. Docket Nos. 33, 35 at 2. Plaintiff now asks the Court to extend the discovery period by 90 days to account for his delayed receipt of the scheduling order. Docket No. 35 at 4.

For good cause shown, the Court **GRANTS** Plaintiff's motion to extend discovery, Docket No. 35, and extends the discovery deadlines as follows:

- pleadings under Fed.R.Civ.P. 13 and 14: May 14, 2018
- additional parties under Fed.R.Civ.P. 19 and 20: May 14, 2018
- amend pleadings: May 14, 2018
- close of discovery: June 13, 2018
- discovery motions: June 27, 2018
- motions for summary judgment: July 13, 2018
- joint pretrial order: August 13, 2018

The Court **DENIES** Plaintiff's motion for clarification as moot. Docket No. 34.

IT IS SO ORDERED.

DATED: March 15, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge