# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LIONELL JACKSON, | Case No. 2:16-cv-01864-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 39) |
| NEWTON, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to extend time for service on Defendant Cory Newton. Docket No. 39. Plaintiff submits he assumed that the Court's order at Docket No. 26 superseded the Court's order at Docket No. 24. *Id.* Plaintiff further submits that, upon inquiry, the U.S. Marshal notified him that they did not serve Defendant Newton because he did not provide them the USM-285 form. *Id.* at 4, 6-7.

For good cause shown, the Court **GRANTS** Plaintiff's motion. Docket No. 39. The Court **INSTRUCTS** the Clerk's Office to send Plaintiff one USM-285 form, one copy of the complaint (Docket No. 11), and a copy of this order. Plaintiff shall have 30 days to provide to the U.S. Marshal the required USM-285 form with the required information as to Defendant Newton and to indicate on the form that Defendant Newton's address has been filed under seal. The Court **FURTHER INSTRUCTS** the Clerk's Office to **ISSUE** a summons for Defendant Newton and deliver the same to the U.S. Marshal with the address provided under seal for service. Docket No. 21.

//

The Court **FURTHER INSTRUCTS** the Clerk's Office to send a copy of the complaint (Docket No. 11) and a copy of this order to the U.S. Marshal for service on Defendant Newton.

IT IS SO ORDERED.

DATED: March 15, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge