# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIONELL JACKSON,<br><br>                Plaintiff(s),<br><br>v.<br><br>NEWTON, et al.,<br><br>                Defendant(s). | Case No. 2:16-cv-01864-JAD-NJK<br><br>ORDER<br><br>(Docket No. 47) |

      Pending before the Court is Plaintiff's motion to extend discovery deadlines. Docket No. 47. A response shall be filed by May 22, 2018. Any reply shall be filed by May 29, 2018.

      IT IS SO ORDERED.

      DATED: May 18, 2018

                                                                _____
                                                                NANCY J. KOPPE
                                                                 United States Magistrate Judge