# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LIONELL JACKSON,

          Plaintiff(s),

v.

NEWTON, et al.,

          Defendant(s).

Case No. 2:16-cv-01864-JAD-NJK

ORDER

(Docket No. 47)

Before the Court is Plaintiff's motion to extend discovery deadlines. Docket No. 47. Defendant Gusavo Sanchez filed a notice of non-opposition. Docket No. 50. For good cause shown, the Court **GRANTS** Plaintiff's motion to extend discovery deadlines and extends the discovery deadlines as follows:

- Amend pleadings and add parties: September 11, 2018
- Close of discovery: October 11, 2018
- Discovery motions: October 25, 2018
- Dispositive motions: November 12, 2018
- Joint pretrial order: December 11, 2018

//
//
//
//

In the event that dispositive motions are filed, this deadline will be vacated until 30 days after the resolution of the dispositive motions or further order of the Court.

IT IS SO ORDERED.

DATED: May 23, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge